# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PATRICK L. SHERMAN,**
**ADC #96304**                                                    **PLAINTIFF**


v.                              **No. 5:13-cv-346-DPM-JJV**


**JEFFERSON COUNTY, ARKANSAS**                          **DEFENDANT**


## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed findings and recommendations, № 5. Sherman has not objected. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition). The Court therefore adopts the recommendation as its own. Sherman's complaint is dismissed without prejudice. His motion to proceed *in forma pauperis*, № 2, is denied. Filing fee, and any motion to reopen, due by 13 January 2014. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 December 2013