IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK L. SHERMAN,
ADC #96304                                                                PLAINTIFF

v.                       No. 5:13-cv-346-DPM

JEFFERSON COUNTY, ARKANSAS                             DEFENDANT

## JUDGMENT

Sherman's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

13 December 2013