IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK L. SHERMAN,
ADC #96304                                                            PLAINTIFF


v.                                        No. 5:13-cv-346-DPM


JEFFERSON COUNTY, ARKANSAS                          DEFENDANT


### ORDER

Post-judgment motions, № *10 & 11*, granted as to conclusions of law

and denied as to findings of fact. The constitutionality of the three-strikes

provision is well-established. *Higgins v. Carpenter*, 258 F.3d 797, 799–801 (8th

Cir. 2001) *(per curiam)*; *Pointer v. Wilkinson*, 502 F.3d 369, 377–78, n.9 (6th Cir.

2007). This is a matter of law, not fact. No hearing is needed, or required, to

address this kind of legal issue. No findings of fact are called for. A

Magistrate Judge may rule on non-dispositive legal issues. 28 U.S.C. §

636(b)(1); Local Rule 72.1.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

_7 January 2014_